IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel., STATE OF
NEW YORK, ex rel., WILLIAM J. ROLD,

                    Plaintiffs,

    -against-

RAFF & BECKER, LLP, DAVID A. RAFF, ROBERT L.
BECKER, M. PATRICIA SMITH, LEONARD D.
POLLETTA and ANDREW M. CUOMO,

                    Defendants.
------------------------------------------------------------------X

**Index No.: CV 11-6374**

**NOTICE OF APPEARANCE**

      PLEASE BE ADVISED that the Defendants RAFF & BECKER LLP, DAVID A. RAFF and ROBERT L. BECKER, hereby appears in this matter by their attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, 77 Water Street, Suite 2100, New York, New York 10005, Phone (212) 232-1300 and Fax (212) 232-1399.

Dated: New York, New York
         September 10, 2012

                              LEWIS BRISBOIS BISGAARD & SMITH, LLP

                      By: _____
                              Mark K. Anesh, Esq. (MA8303)
                              *Attorney for Defendants*
                              Raff & Becker LLP, David A. Raff and
                              Robert L. Becker
                              77 Water Street, Suite 2100
                              New York, New York 10005
                              O: (212) 232-1300 / F: (212) 232-1399

TO: Jane Becker, Esq.
Law Office of Jane Becker
*Attorney for Plaintiffs*
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914

Steven A. Rosen, Esq.
Law Offices of Steven A. Rosen
271 Madison Avenue
Suite 1404
New York, NY 10016