UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA, ex rel., STATE OF
NEW YORK, ex rel., WILLIAM J. ROLD,

                        Plaintiffs,

      -against-

RAFF & BECKER LLP, DAVID A. RAFF, ROBERT L.
BECKER, M. PATRICIA SMITH, LEONARD D.
POLLETTA and ANDREW M. CUOMO,

                        Defendants.
----------------------------------------------------------------------X

Docket No.: CV11-6374

Judge Irizarry, J.

**STIPULATION EXTENDING TIME TO RESPOND**

**IT IS HEREBY STIPULATED AND AGREED** between the undersigned, that Plaintiff hereby extends the time for the Defendants RAFF & BECKER LLP, DAVID A. RAFF and ROBERT L. BECKER, to answer, move or otherwise respond to the plaintiffs Complaint up to and including October 15, 2012.

      Dated: New York, New York
              September 10, 2012

| LAW OFFICES OF JANE BECKER | LAW OFFICES OF STEVEN A. ROSEN |
|---|---|
| *[signature]* | *[signature]* |
| Jane Becker, Esq. (JB6155) | Steven A. Rosen, Esq. (SR9913) |
| Attorney for Plaintiffs | Attorneys for Plaintiffs |
| *United States of America, ex rel., State of New York, ex rel., William J. Rold* | *United States of America, ex rel., State of New York, ex rel., William J. Rold* |
| P.O. Box 9023914 | 271 Madison Avenue, Suite 1404 |
| San Juan, Puerto Rico 00902-3914 | New York, NY 10016 |
| Signed by Mark K. Anesh, Esq. with permission of Jane Becker, Esq. | Signed by Mark K. Anesh, Esq. with permission of Steven A. Rosen, Esq. |

4824-6502-0432.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

_/s/ Mark K. Anesh_

Mark K. Anesh, Esq. (MA8303)
Attorneys for Defendants
*Raff & Becker LLP, David A. Raff and Robert L. Becker*
77 Water Street, Suite 2100
New York, New York 10005
Tel: (212) 232.1411
Anesh@lbbslaw.com

SO ORDERED:

_____

Judge Irizarry, J.
U.S.D.J.