

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, New York  11201*

November 29, 2012

Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    United States and the State of New York *ex rel.* Rold v. Raff & Becker, *et al.*
              Civil Action No. 11-CV-6374 (DLI)

Dear Judge Irizarry:

      This action was commenced on or about December 30, 2011 by the filing of a complaint under seal by relator William J. Rold pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, as well as the New York State False Claims Act, NY CLS St. Fin.§§ 187-194 (the "Qui Tam Complaint").  By order entered August 23, 2012, Your Honor, *inter alia*: 1) extended the United States's time to determine whether to intervene in this action to November 30, 2012; and 2) unsealed the Qui Tam Complaint.  See Docket No. 9.

      The United States encloses a stipulation and proposed order whereby the United States' time to determine whether to intervene would be extended to January 31, 2013.  The proposed extension, to which all parties have consented, would enable the United States to further evaluate the relator's allegations.  Among other things, the proposed extension would give the United States the opportunity to review a number of documents in the possession of the relator that will shortly be produced to the United States for the first time in accordance with the terms of a protective order that is being negotiated by the parties.  This is the third extension requested by the United States.

2

The United States thanks the Court for its attention in this matter.

                                              Respectfully submitted,

                                              LORETTA E. LYNCH
                                              UNITED STATES ATTORNEY

By:    *s/Richard K. Hayes*
          RICHARD K. HAYES
          Assistant U.S. Attorney
          (718) 254-6050

cc: All Parties (by ECF)