UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA, *ex rel.*
WILLIAM J. ROLD, et al.,

                      Plaintiffs,                **ORDER**

- v -

                                            CV-11-6374 (DLI)(VVP)

RAFF & BECKER, LLP, et al.,

                      Defendants.
-------------------------------------------------------------x

       The Stipulation and Order Extending Time submitted by the parties is adopted in part and denied in part as follows:

       1.     The December 17, 2012 deadline to answer or otherwise respond to the Complaint if vacated;

       2.     The plaintiff-relator William J. Rold is granted leave to file an Amended Complaint as of right until December 31, 2012;

       3.     Should Rold fail to file an Amended Complaint by December 31, 2012, the defendants shall answer or otherwise respond to the original Complaint by January 15, 2013;

       4.     Should Rold timely file an Amended Complaint, the defendants shall answer or otherwise respond to the Amended Complaint within 45 days after the Amended Complaint is unsealed and served on all defendants through the electronic case filing system (ECF);

       5.     All parties are directed to review and to insure that they comply with Judge Irizarry's motion practice rules before filing motions or any other documents in the record.

                                                      **SO ORDERED:**

                                                      *Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated:    Brooklyn, New York
                December 20, 2012