FILED
IN CLERK'S OFFICE
US DISTRICT COURT
FEB 04 2013
BROOKLYN OFFICE

Docket-File.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA, and the
STATE OF NEW YORK, *ex rel.*
WILLIAM J. ROLD,

        Plaintiffs,

v.

RAFF & BECKER, LLP, DAVID A. RAFF,
ROBERT L. BECKER, M. PATRICIA SMITH,
LEONARD D. POLLETTA, and
ANDREW M. CUOMO,

        Defendants.
------------------------------X

**STIPULATION AND ORDER**

Civil Action No. CV 11-6374

(Irizarry, J.)
(Pohorelsky, M.J.)

WHEREAS, on or about December 30, 2011, Relator William J. Rold commenced this action by the filing of a complaint in which he asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, and on behalf of the State of New York pursuant to the New York False Claims Act, NY CLS St. Fin.§§ 187-194 (the "Qui Tam Complaint"); and

WHEREAS, the Relator served the Qui Tam Complaint upon the Attorney General of the United States on or about March 28, 2012; and

WHEREAS, in accordance with 31 U.S.C. § 3730(b)(2), the Qui Tam Complaint was deemed sealed for a period of at least sixty days from the date that the Relator served upon the United States the Qui Tam Complaint and a written disclosure of substantially all material evidence and information in Relator's possession; and

WHEREAS, pursuant to Stipulation and Order entered May 31, 2012, the seal and

U.S. and N.Y. *ex rel.* Rold v. Raff & Becker, No. CV-11-6374, Stip. and Order

2

the date by which the United States was and the State of New York were to determine whether to intervene in the action was extended to August 28, 2012; and

WHEREAS, pursuant to Stipulation and Order entered August 22, 2012, the seal was lifted and the date by which the United States was to determine whether to intervene in this action was extended to November 30, 2012; and

WHEREAS, pursuant to Stipulation and Order entered December 14, 2012 the date by which the United States was to determine whether to intervene in this action was extended to January 31, 2013; and

WHEREAS, in order for the United States to adequately investigate and evaluate the allegations contained in the Qui Tam Complaint, the United States and all parties have agreed that time of the United States to determine whether to intervene in this action be extended to April 5, 2013.

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED that the date by which the United States shall determine whether to intervene in this action is extended to April 5, 2013.

Dated: Brooklyn, New York
       January 31, 2013

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East, 7th Floor
                                Brooklyn, New York 11201

                           By:  s/Richard K. Hayes
                                Richard K. Hayes
                                Assistant U.S. Attorney
                                (718) 254-6050

U.S. and N.Y. ex rel. Rold v. Raff & Becker, No. CV-11-6374, Stip. and Order

3

| | | |
|---|---|---|
| Dated: Hato Rey, Puerto Rico<br>January 31, 2013 | | LAW OFFICES OF<br>JANE BECKER WHITAKER<br>416 Ponce de Leon Avenue<br>Hato Rey, P.R. 00918 |
| | By: | *s/Jane Becker Whitaker*<br>Jane Becker Whitaker, Esq.<br>(787) 754-9191<br>Attorney for Relator |
| Dated: New York, New York<br>January 31, 2013 | | LAW OFFICES OF STEVEN A. ROSEN<br>271 Madison Avenue, Suite 1404<br>New York, New York 10016 |
| | By: | *s/Steven A. Rosen*<br>Steven A. Rosen, Esq.<br>(212) 599-3970<br>Attorney for Relator |
| Dated: New York, New York<br>January 31, 2013 | | LEWIS BRISBOIS BISGAARD<br>AND SMITH<br>77 Water Street<br>Suite 2100<br>New York, New York 10005 |
| | By: | *s/Mark K. Anesh*<br>Mark K. Anesh, Esq.<br>Jordan Kaplan, Esq.<br>(212) 232-1411<br>Attorneys for Raff & Becker, LLP |

4

Dated: New York, New York  
January 31, 2013

EMERY, CELLI, BRINCKERHOFF  
& ABADY  
75 Rockefeller Plaza  
20th Floor  
New York, New York 10019

By: *s/Andrew G. Celli*  
Andrew G. Celli, Esq.  
(212) 763-5000  
Attorneys for M. Patricia Smith

Dated: New York, New York  
January 31, 2013

MEYER, SUOZZI, ENGLISH & KLEIN  
1350 Broadway  
Suite 501  
New York, New York 10018

By: *s/Hanan B. Kolko*  
Hanan B. Kolko, Esq.  
Melissa S. Woods, Esq.  
(212) 239-4999  
Attorneys for Leonard D. Polletta

U.S. and N.Y. *ex rel.* Rold v. Raff & Becker, No. CV-11-6374, Stip. and Order

5

Dated: New York, New York
January 31, 2013

By:

CADWALADER, WICKERSHAM
     & TAFT LLP
One World Financial Center
New York, New York 10281

700 6th Street, N.W.
Washington, D.C. 2001

*s/Howard R. Hawkins*
Howard R. Hawkins, Esq.
(212) 504-6422
Adam S. Lurie, Esq.
(202) 862-2461
Attorneys for Andrew M. Cuomo

SO ORDERED:

Dated: Brooklyn, New York
February 1, 2013

s/DLI

_____
HONORABLE DORA L. IRIZARRY
UNITED SATES DISTRICT COURT JUDGE

U.S. and N.Y. *ex rel.* Rold v. Raff & Becker, No. CV-11-6374, Stip. and Order