UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA, and the
STATE OF NEW YORK, *ex rel*.
WILLIAM J. ROLD,

              Plaintiffs,

              v.

RAFF & BECKER, LLP, DAVID A. RAFF,
ROBERT L. BECKER, M. PATRICIA SMITH,
LEONARD D. POLLETTA, and
ANDREW M. CUOMO,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF DECLINATION**

Civil Action No. CV 11-6374

(Irizarry, J.)
(Pohorelsky, M.J.)

      WHEREAS, on or about December 30, 2011, Relator William J. Rold commenced this action by the filing of a complaint in which he asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, and on behalf of the State of New York pursuant to the New York False Claims Act, NY CLS St. Fin.§§ 187-194 (the "Initial Qui Tam Complaint").

      PLEASE TAKE NOTICE THAT, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States has elected not to intervene in the allegations set forth in the

Initial Qui Tam Complaint.

Dated:  Brooklyn, New York  
       April 5, 2013

LORETTA E. LYNCH  
United States Attorney  
Eastern District  
271 Cadman Plaza East, 7th Floor  
Brooklyn, New York 11201

By: *s/Richard K. Hayes*  
Richard K. Hayes  
Assistant U.S. Attorney  
(718) 254-6050