UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *ex rel.*,
STATE OF NEW YORK, *ex rel.*,
WILLIAM J. ROLD,

        Plaintiffs,

  -against-

RAFF & BECKER, LLP; DAVID A. RAFF,
ROBERT L. BECKER, M. PATRICIA SMITH,
LEONARD D. POLLETA, and
ANDREW M. CUOMO

        Defendants.

Index No. 11 cv-6374 (DLI)(VVP)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jennifer Keighley of the law firm of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for defendant M. Patricia Smith in the above entitled action and request that all papers be served upon her by the NYSCEF system.

Dated: April 8, 2013
      New York, New York

      EMERY CELLI BRINCKERHOFF
      & ABADY LLP

      _____
      Jennifer Keighley

      75 Rockefeller Plaza, 20th Floor
      New York, New York 10019
      (212) 763-5000

      *Attorneys for Defendant, M. Patricia Smith*