**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X

UNITED STATES OF AMERICA, *ex rel.,*
STATE OF NEW YORK, *ex rel.,*
WILLIAM J. ROLD,

|  |  |
|---|---|
| Plaintiffs, | No. 11 Cv. 6374 |
| v. |  |
|  | (Irizarry, J.) |
| RAFF & BECKER, LLP; DAVID A. RAFF, | (Pohorelsky, M.J.) |
| ROBERT L. BECKER, M. PATRICIA SMITH, | Pursuant to |
| LEONARD D. POLLETTA, and | 31 U.S.C. § 3730(b)(2) |
| ANDREW M. CUOMO, |  |
|  | Jury Trial Demanded |
| Defendants. |  |

----------------------------------------------------------------- X

## NOTICE OF INTENT TO PROCEED

**TO THE HONORABLE COURT,**

  **COMES NOW** plaintiff/relator William J. Rold, Esq., and very respectfully states and prays:

  1. On April 5, 2013, the United States elected not to intervene as to the allegations in the original complaint pursuant to 31 U.S.C. § 3730 (b)(4)(B).

1

2. Through this Notice, Mr. Rold informs the Court, the United States government, the appearing defendants, and the New York Attorney General that he intends to proceed with the federal false claims causes of action set forth in the original Complaint.

WHEREFORE, William J. Rold requests that this Honorable Court take note of his intention to proceed with the federal false claims cause of action set forth in his original Complaint.

I HEREBY CERTIFY that I have filed this Notice with the ecf system of the Eastern District of New York, which system will notify all counsel of record automatically.

San Juan, Puerto Rico
April 22, 2012

                                      **LAW OFFICES OF**
                                      **JANE BECKER**
                                      P.O. Box 9023914
                                      San Juan, Puerto Rico 00902-3914
                                      Tel. 787 754-9191
                                      Fax 787 764-3101

                                      /s/  JANE BECKER
                                      **JANE BECKER (JB6155)**

New York, New York
August 31, 2012

                                      **LAW OFFICES OF**
                                      **STEVEN A. ROSEN**

271 Madison Avenue, Suite 1404
New York, New York 10016
Tel. 212-599-3970
Fax 212-599-3969


<u>/s/  STEVEN A. ROSEN</u>
**STEVEN A. ROSEN (SR-9913)**