BEFORE: VIKTOR V. POHORELSKY            DATE:       05/23/13
        U.S. MAGISTRATE JUDGE            START TIME: 11:00 a.m.
                                         END TIME:   11:20 a.m.
DOCKET NO.  CV-11-6374                   JUDGE:      DLI

CASE NAME:  United States ex rel. New York ex rel. Rold v. Raff & Becker, LLP, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

APPEARANCES:  Relator     Jane Becker, Steven Rosen
              Defendant   Kevan Cleary (U.S.); Adam Lurie, Brian Capitummino
                          (Cuomo); Hannan Kolko (Polletta); Andrew Celli
                          (Smith); No Appearance (Raff parties)(unexcused)

SCHEDULING AND RULINGS:

1.  In view of the extension of time granted to the government to consider intervention, this action remains on hold.

2.  The next conference will be held on **July 18, 2013 at 11:00 a.m.**