**LAW OFFICES OF JANE BECKER WHITAKER**
**PO BOX 9023914**
**SAN JUAN, PUERTO RICO 00902-3914**
**787 754-9191**
**787 764-3101**

janebeckerwhitaker@gmail.com
janebeckerwhitaker@yahoo.com

**Of Counsel**
**A.J. Bennazar**

**416 Ponce de León Ave.**
**Hato Rey, PR 00918**

July 12, 2013

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States ex rel. New York ex rel. Rold v. Raff & Becker, LLP, et al.*
CV 11-6374 (DLI)(VVP)

Dear Magistrate Judge Pohorelsky:

We write to inform that the Court has extended the time for the United States Attorney to investigate the new claim set forth in the Amended Complaint until October 11, 2013. As discussed in the last status conference, given this extension of time, under the circumstances, the conference scheduled for July 18, 2013 will not advance the litigation, so plaintiff relator asks that it be continued until further notice.

Respectfully submitted,

Jane Becker (JB-6155)
Steven A. Rosen (SR-9913)

cc: Richard Hayes, Esq., Assistant United States Attorney
Kevan Cleary, Esq., Assistant United States Attorney
Christopher Wilson, Esq, Department of Justice
Marvin Peguese, Esq., Assistant Attorney General

Hon. Viktor V. Pohorelsky
United States District Court
July 12, 2013
Page 2

    Howard R. Hawkins, Jr., Esq. (Counsel for Governor Andrew M. Cuomo)
    Adam S. Lurie, Esq. (Counsel for Governor Andrew M. Cuomo)
    Andrew G. Celli, Jr., Esq. (Counsel for M. Patricia Smith)
    O. Andrew F. Wilson, Esq. (Counsel for M. Patricia Smith)
    Melissa S. Woods, Esq. (Counsel for Leonard D. Polletta)
    Mark K. Anesh, Esq. (Counsel for Raff & Becker, LLP, David A. Raff, and Robert L. Becker)