

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

(212) 416-6696

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

February 3, 2014

**BY ECF**
Hon. Dora L. Irizarry
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    *United States* ex rel. *Rold v. Raff & Becker LLP*,
                 11-cv-6374 (DLI)

Dear Judge Irizarry:

      This office represents the State of New York, a defendant and putative qui tam plaintiff in the above-captioned case. I write to oppose the application for a certificate of default filed by relator William J. Rold, ECF No. 95.

      The time for the State to respond to the amended complaint has not yet passed. Although the State was served on December 31, 2013, *see* ECF No. 93, Magistrate Judge Pohorelsky set the deadline for the defendants to file motions to dismiss as **February 10, 2014**. *See* Minute Entry for Status Conference of Dec. 19, 2013, ECF No. 86 ("The defendants advise that they intend to file motions to dismiss. All such motions are to be filed by February 10, 2014."). Because that date has not yet passed, the State is not in default. The application for a certificate of default should therefore be denied.

      We are preparing a motion to dismiss; we plan to file it by February 10, 2014.

      Thank you for your time and attention to this matter.

                                    Respectfully,

                                    /s/

                                  Garrett Coyle
                                  Assistant Attorney General

cc (by ECF):   All counsel